```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 17-02709-HWV
Robert D. Carlton                                               Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: MMchugh              Page 1 of 1         Date Rcvd: Aug 14, 2017
                             Form ID: ntcnfhrg          Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db             +Robert D. Carlton,    35 South Liverpool Street,    Manchester, PA 17345-1122
4944667        +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4939999        +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
4940000         Capital One Bank USA, NA,    PO Box 30285,    Salt Lake City, UT 84130-0285
4940001        +Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO Box 9004,   Renton, WA 98057-9004
4940002         ERC,   PO Box 23870,    Jacksonville, FL 32241-3870
4940004        +Frederick I. Weinberg & Associates,    375 East Elm Street, Suite 210,
                 Conshohocken, PA 19428-1973
4940005        +GM Financial,   PO Box 181145,    Arlington, TX 76096-1145
4940923        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4940003         E-mail/Text: data_processing@fin-rec.com Aug 14 2017 19:07:28
                 Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
4940006        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2017 19:05:41     LVNV Funding, LLC,
                 PO Box 10497,    Greenville, SC 29603-0497
4940007         E-mail/Text: camanagement@mtb.com Aug 14 2017 19:07:29     M&T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203
4950112         E-mail/PDF: cbp@onemainfinancial.com Aug 14 2017 19:05:37     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4940009        +E-mail/PDF: cbp@onemainfinancial.com Aug 14 2017 19:05:37     OneMain Financial,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
4940010         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2017 19:11:17
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
4940011         E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2017 19:05:50     Synchrony Bank / Lowe's,
                 Attn: Bankruptcy Department,    PO Box 965060,   Orlando, FL 32896-5060
                                                                                            TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4946979*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4940008*       ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,     1 Fountain Plaza,   Buffalo, NY 14203)
                                                                                          TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Robert D. Carlton pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Robert D. Carlton Debtor(s) | Chapter | 13 |
|---|---|---|
| | Case No. | 1:17−bk−02709−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor is scheduled for the date indicated below.

**September 13, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 27, 2017  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2017 |