**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert D. Carlton<br>**Debtor 1**<br><br>Lakeview Loan Servicing, LLC<br>**Movant(s)**<br>v.<br>Robert D. Carlton<br><br>**Respondent(s)**<br>Jack N. Zaharopoulus, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:17-BK-02709-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 38 |

**DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, come the Debtor(s), Robert D. Carlton, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Paragraph 9 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**DETHLEFS PYKOSH & MURPHY** |
| Date: December 13, 2021 | /s/ Paul D. Murphy-Ahles |
|  | Paul D. Murphy-Ahles, Esquire<br>PA ID No. 201207<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com<br>*Attorney for Debtor(s)* |

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Robert D. Carlton<br>**Debtor 1** | **Chapter** 13 |
| Lakeview Loan Servicing, LLC<br>**Movant(s)**<br>v.<br>Robert D. Carlton | **Case No.** 1:17-BK-02709-HWV<br>**Matter:** Motion for Relief from the Automatic Stay<br>**Document No.** 38 |
| **Respondent(s)**<br>Jack N. Zaharopoulus, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | |

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, December 13, 2021, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Rebecca Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire